No. 76–188. GOURLEY, DIRECTOR, DIVISION OF FAMILY SERVICES OF MISSOURI, ET AL. *v.* LEWIS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–917. HORWATH ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–974. PEABODY COAL CO. *v.* LOCAL UNION No. 1734 ET AL., UNITED MINE WORKERS OF AMERICA. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–1023. FRANCHISE REALTY INTERSTATE CORP. ET AL. *v.* SAN FRANCISCO LOCAL JOINT EXECUTIVE BOARD OF CULINARY WORKERS ET AL. C. A. 9th Cir. Motion of Ernest W. Hahn, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 76–1027. HENDERSON, CORRECTIONAL SUPERINTENDENT *v.* LEWIS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.